**E-Filed 7/16/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAIM KOWALSKY, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY and DOES 1 Through 100, inclusive,<br><br>Defendant. | CASE NO. 10-CV-02176 JF<br><br>[PROPOSED] ORDER SETTING TIME FOR FILING BRIEFS<br><br>Honorable Jeremy Fogel |

///
///
///
///
///
///
///
///
///

Gibson, Dunn & Crutcher LLP

1   PURSUANT TO THE TERMS OF THE STIPULATION filed by the parties on July 15, 2010, IT IS HEREBY ORDERED that Defendant Hewlett Packard Company shall answer or otherwise respond to Plaintiff's First Amended Complaint on or before August 20, 2010, and that, should HP make a motion pursuant to Fed. R. Civ. Pro. 12(b) ("Motion"), Plaintiff shall have until October 4, 2010 to oppose HP's Motion.  HP's reply to Plaintiff's opposition, if any, shall be filed on or before October 25, 2010.  The Status Conference currently set for August 27, 2010, shall be continued to November 12, 2010 to coincide with the Hearing on HP's Motion.

DATED:   7/16/2010

Jeremy Fogel
United States District Judge