<div style="margin-left:2em">

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

</div>

| | |
|---|---|
| CHAIM KOWALSKY, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HEWLETT-PACKARD COMPANY and DOES 1 Through 100, inclusive,<br><br>　　　　　Defendant. | CASE NO. 10-CV-02176 LHK<br><br>**[**~~PROPOSED~~**] ORDER SETTING TIME FOR PLAINTIFF TO AMEND HIS COMPLAINT AND FOR DEFENDANT HEWLETT-PACKARD COMPANY TO ANSWER OR OTHERWISE RESPOND TO THE OPERATIVE COMPLAINT**<br><br>Honorable Lucy H. Koh |

///

///

///

///

///

///

///

///

1    PURSUANT TO THE TERMS OF THE STIPULATION submitted by the parties on
2  December 23, 2010, IT IS HEREBY ORDERED that Plaintiff shall have until January 12, 2011 to
3  amend his complaint, and that Defendant Hewlett-Packard Company shall have until February 11,
4  2011 to answer or otherwise respond to Plaintiff's operative complaint, whether or not Plaintiff files a
5  Second Amended Complaint.

7  DATED: December 29, 2010

   *Lucy H. Koh*
   Lucy H. Koh
   United States District Judge