UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAIM KOWALSKY, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY and DOES 1 Through 100, inclusive,<br><br>Defendant. | CASE NO. 10-CV-02176 LHK<br><br>[~~PROPOSED~~] **ORDER SETTING TIME FOR DEFENDANT HEWLETT-PACKARD COMPANY TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Honorable Lucy H. Koh |

///

///

///

///

///

///

///

Gibson, Dunn & Crutcher LLP

[~~PROPOSED~~] ORDER                                                                                           Case No. 10-CV-02176 LHK

1  PURSUANT TO THE TERMS OF THE STIPULATION submitted by the parties on
2  February 8, 2011, IT IS HEREBY ORDERED that Defendant Hewlett-Packard Company shall have
3  until 7 days following any ruling by the Court denying either HP's Motion for Leave to Seek
4  Reconsideration or HP's [Proposed] Motion for Reconsideration of the Court's December 13, 2010
5  Order to answer Plaintiff's First Amended Complaint..

7  DATED:  February 10, 2011

*Lucy H. Koh*
Lucy H. Koh
United States District Judge