UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAIM KOWALSKY, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> HEWLETT-PACKARD COMPANY and DOES 1 Through 100, inclusive, <br><br> Defendants. | Case No.: 10-CV-02176-LHK <br><br> ORDER SETTING CASE SCHEDULE |

Pursuant to the Court's prior order, the parties have submitted a joint proposed case schedule. Having considered the proposed schedule, the Court hereby adopts a modified version of the parties' proposal. The parties may suggest any modifications, along with an explanation of the reasons such modifications are needed, in their Joint Case Management Statement for the August 11, 2011 Case Management Conference. However, the parties must proceed according to the schedule below unless and until the Court grants any modifications.

Last date for Plaintiff to file Second Amended Complaint ("SAC"):   May 16, 2011

Initial disclosures exchanged:   May 26, 2011

Last date for Defendant to answer or respond to SAC:   June 16, 2011

Opposition to Motion to Dismiss (if necessary):   July 7, 2011

Reply to Motion to Dismiss (if necessary):   July 14, 2011

Hearing on Motion to Dismiss (if necessary):   August 11, 2011 at 1:30 p.m.

1

1   Case Management Conference:   August 11, 2011, to follow the motion hearing

2   Last day to complete mediation:   October 1, 2011

3   Last date to file motion on class certification:   December 1, 2011

4   Opposition to motion on class certification:   January 5, 2012

5   Reply to motion on class certification:   January 19, 2012

6   Hearing on class certification motion:   February 9, 2012 at 1:30 p.m.

7   Fact discovery cutoff (responses due or depositions taken no later than):   April 13, 2012

8   Last date for filing Summary Judgment Motions:   May 17, 2012

9   Initial expert reports due:   August 17, 2012

10  Rebuttal expert reports due:   September 7, 2012

11  Expert discovery cutoff (responses due or depositions taken no later than):   September 28, 2012

12  Pretrial Conference:   November 7, 2012 at 2 p.m.

13  Trial:   November 26, 2012 at 9 a.m.

**IT IS SO ORDERED.**

Dated: May 6, 2011

_____
LUCY H. KOH
United States District Judge