1
2
3
4
5
6
7
8
9
10
11

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                               SAN JOSE DIVISION

15

16  CHAIM KOWALSKY, on Behalf of          ) Case No.: 10-CV-02176 LHK (PVT)
    Himself and All Others Similarly Situated, )
17                                         ) **CLASS ACTION**
                                           )
18                  Plaintiffs,            ) [PROPOSED] ORDER EXTENDING DATE
                                           ) FOR MEDIATION
19        v.                               )
                                           ) Judge:    Hon. Lucy H. Koh
20                                         )
                                           )
21  HEWLETT-PACKARD COMPANY and            )
    DOES 1 Through 100, inclusive,         )
22                                         )
                                           )
23                  Defendant.             )
    _____)
24
25
26
27
28

---

[PROPOSED] ORDER EXTENDING DATE FOR MEDIATION           Case No. 10-CV-02176 LHK

1   PURSUANT TO THE STIPULATION filed by the parties on September 12, 2011, and
2 good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for Court-ordered
3 mediation be extended thirty (30) days until October 31, 2011. All other scheduling dates shall
4 remain unchanged.

6   DATED:      September 30, 2011         *Lucy H. Koh*
                                           HONORABLE HON. LUCY H. KOH
7                                          UNITED STATES DISTRICT JUDGE