1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAIM KOWALSKY, on Behalf of Himself and All Others Similarly Situated, | Case No.: 10-CV-02176 LHK (PVT) |
| | **CLASS ACTION** |
| Plaintiffs, | [~~PROPOSED~~] ORDER EXTENDING DATE FOR MEDIATION |
| v. | Judge:     Hon. Lucy H. Koh |
| HEWLETT-PACKARD COMPANY and DOES 1 Through 100, inclusive, | |
| Defendant. | |

1  PURSUANT TO THE STIPULATION filed by the parties on September 12, 2011, and
2  good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for Court-ordered
3  mediation be extended thirty (30) days until October 31, 2011.  All other scheduling dates shall
4  remain unchanged.

6  DATED:      September 30, 2011              *Lucy H. Koh*
               HONORABLE HON. LUCY H. KOH
7              UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER EXTENDING DATE FOR MEDIATION                    Case No. 10-CV-02176 LHK