1  SAMUEL LIVERSIDGE, SBN 180578
   sliversidge@gibsondunn.com
2  AUSTIN SCHWING, SBN 211696
   aschwing@gibsondunn.com
3  BLAINE H. EVANSON, SBN 254338
   bevanson@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
5  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
6  Facsimile:  213.229.7520

7  Attorneys for Defendant
   HEWLETT-PACKARD COMPANY
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

| CHAIM KOWALSKY, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY and DOES 1 Through 100, inclusive,<br><br>Defendants. | CASE NO.: 10-CV-02176 LHK<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 79-5(B) & (C) TO FILE UNDER SEAL DOCUMENTS DESIGNATED AS CONFIDENTIAL**<br><br>Judge:       Hon. Lucy H. Koh<br>Courtroom:  8 |
|---|---|

Gibson, Dunn &
Crutcher LLP

ADMINISTRATIVE MOTION TO SEAL
CASE NO.: 10-CV-02176 LHK

Defendant Hewlett-Packard Company ("HP") respectfully submits this administrative motion pursuant to Local Civil Rule 79-5(b) & (c) to file under seal portions of its Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Class Certification ("Memorandum"), as well as portions of the following declarations and selected exhibits attached thereto:

- Declaration of Jacqueline Chua in Support of HP's Opposition to Class Certification and exhibit A thereto;

- Declaration of Leong Soon Chua in Support of HP's Opposition to Class Certification and exhibits A, B, D, and E thereto;

- Declaration of Shyh Chije Leong in Support of HP's Opposition to Class Certification and exhibits A through G thereto; and

- Portions of the Declaration of Blaine H. Evanson in Support of HP's Opposition to Class Certification.

As set forth in the Declaration of Jonathan R. Sturz in Support of HP's Motion Pursuant to Local Rule 79-5(b) & (c), the above Declarations contain confidential and sensitive information, and the specified exhibits thereto were produced by HP in the course of this action and designated by HP as either RESTRICTED INFORMATION or RESTRICTED OUTSIDE COUNSEL INFORMATION, pursuant to the parties' Joint Stipulation and Protective Order (modified by the Court) (Dkt. #79).

HP respectfully requests that the Court lodge under seal un-redacted versions of the Memorandum, the Declarations described above, and the specified exhibits thereto, which incorporate or otherwise cite documents designated as confidential pursuant to the parties' stipulated Protective Order as modified by the Court.

Pursuant to Civil Local Rule 79-5(c)(3), HP has identified "by notations or highlighting" the portions of the Memorandum and the Evanson Declaration it intends to file under seal. Pursuant to the Court's standing order of December 1, 2011, HP attaches the following exhibits:

- Attached as Exhibit A hereto is the proposed redacted version of the Memorandum.
- Attached as Exhibit B hereto is a proposed redacted version of the Evanson Declaration and supporting exhibits.
- Attached as Exhibit C hereto is a proposed redacted version of the Jacqueline Chua Declaration and supporting exhibits.
- Attached as Exhibit D hereto is a proposed redacted version of the Leong Soon Declaration and supporting exhibits.
- Attached as Exhibit E hereto is a proposed redacted version of the Shyh Chije Declaration and supporting exhibits.

DATED: February 10, 2012                     GIBSON, DUNN & CRUTCHER LLP

                                             By:     /s/    Samuel G. Liversidge
                                                     Samuel G. Liversidge

                                             Attorneys for Defendant Hewlett-Packard Company

101232666.5