UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAIM KOWALSKY, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY and DOES 1 Through 100, inclusive,<br><br>Defendants. | CASE NO.: 10-CV-02176 LHK<br><br>[~~PROPOSED~~] ORDER REVISING CASE SCHEDULE<br><br><br>Judge: Lucy H. Koh |

PURSUANT TO THE STIPULATION OF THE PARTIES, filed on March 28, 2012, and good cause appearing therefor, IT IS HEREBY ORDERED that the case schedule set by the Court on March 15, 2012 (Dkt. #100) be revised as follows:

<u>Deadline to Answer or Otherwise Respond to Amended Complaint:</u>  May 14, 2012

All other scheduling dates shall remain unchanged.

DATED:  April 2, 2012

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP