JORDAN L. LURIE, (130013)
jlurie@weisslurie.com
LEIGH A. PARKER (170565)
lparker@weisslurie.com
JOEL E. ELKINS (256020)
jelkins@weisslurie.com
WEISS & LURIE
1516 South Bundy Dr., Suite 309
Los Angeles, CA 90025
Telephone:   (310) 208-2800
Facsimile:   (310) 209-2348

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAIM KOWALSKY, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY and DOES 1 Through 100, inclusive, <br><br> Defendant. | Case No.: 10-CV-02176 LHK <br><br> **CLASS ACTION** <br><br> STIPULATION RE: VOLUNTARY DISMISSAL <br><br><br> Ctrm:   4, 5th Floor <br> Judge:  Hon. Lucy H. Koh |

**STIPULATION RE: VOLUNTARY DISMISSAL**                             Case No. 10-CV-02176 LHK

1   Pursuant to Rules 23(e) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the
2  parties, by and through their respective counsel, stipulate to Plaintiff's voluntary dismissal of this
3  action.  In support of this stipulation, the parties state as follows:
4   WHEREAS, Defendant Hewlett-Packard Company filed an answer to Plaintiff's Second
5  Amended Complaint on August 24, 2011;
6   WHEREAS, on March 14, 2012, this Court issued an order denying Plaintiff's motion for
7  class certification without prejudice and granting Plaintiff leave to file a further amended
8  complaint by April 13, 2012;
9   WHEREAS, Plaintiff has decided to dismiss his individual claims; and
10   WHEREAS, the parties respectfully submit that notice of the dismissal pursuant to Rule
11 23(e) is not required because no class has been certified:
12   IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned
13 counsel, that this case is voluntarily dismissed with prejudice.  The parties further agree that each
14 side shall bear its own fees and costs.

16                                  WEISS & LURIE
                                    JORDAN L. LURIE
17                                  LEIGH A. PARKER
                                    JOEL E. ELKINS

19 DATED: May 14, 2012       By:   /s/  - Leigh A. Parker
                                         Leigh A. Parker
20                                  1516 South Bundy Drive, Suite 309
                                    Los Angeles, CA 90025

22                                  WEISS & LURIE
                                    JOSEPH H. WEISS
23                                  Times Square Plaza
                                    1500 Broadway, Suite 1600
24                                  New York, NY 10036

25                                  *Counsel for Plaintiff Chaim Kowalsky*

26 ///
27 ///
28 ///

1

**STIPULATION RE: VOLUNTARY DISMISSAL**                     Case No. 10-CV-02176 LHK

1
2
3  DATED: May 14, 2012           By:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GIBSON, DUNN & CRUTCHER LLP
AUSTIN V. SCHWING

　　/s/ - Austin V. Schwing
　　　　Austin V. Schwing
555 Mission Street
San Francisco, CA 94105-2933

*Counsel for Defendant Hewlett-Packard Company*

2

**STIPULATION RE: VOLUNTARY DISMISSAL**　　　　　　　　　　　　Case No. 10-CV-02176 LHK

**CERTIFICATE PURSUANT TO GENERAL ORDER 45 X.B.**

  I, Leigh A. Parker, am the ECF User whose ID and password are being used to file this Stipulation Re: Voluntary Dismissal.  In compliance with General Order 45, X.B., I hereby attest that Austin V. Schwing has concurred in this filing.

           /s/ - Leigh A. Parker
           Leigh A. Parker

**STIPULATION RE: VOLUNTARY DISMISSAL**        Case No. 10-CV-02176 LHK